RECEIVED
JUN 20 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SIDNEY S. WILLIS | DOCKET NO. 11-CV-238; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| H.P. LONG HOSPITAL, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED** as **MOOT** and, in part, for failing to state a claim for which relief can be granted.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 20 day of June, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE